2747 Milwaukee Avenue Building Corporation, appellee, v. Ben B. Bisco, appellant.   Gen. No. 34,146.

Heard in the second division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Golan & Hall, for appellant. Harold S. Lansing and Blanksten, Freeman & Freeman, for appellee.

Mr. Justice Gridley delivered the opinion of the court.